IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JAMES MORRISON,<br><br>  Plaintiff,<br><br>  vs.<br><br>DONAVAN WIND, CINDY LONGJAW-MOORE, BIA ROCKY MOUNTAIN REGIONAL DIRECTOR, and JOHN AND JANE DOES,<br><br>  Defendants. | CV 18-000132-BLG-SPW-TJC<br><br><br><br>ORDER |

Plaintiff James Morrison filed a motion for leave to proceed in forma pauperis and a Complaint on August 28, 2018. (Docs. 1-2.) At the time of that filing, Mr. Morrison was incarcerated at the Yellowstone County Detention Facility.

On October 10, 2018, this Court granted Plaintiff James Morrison's motion for leave to proceed in forma pauperis and issued an Order directing monthly payments be made from his jail account. (Docs. 5, 6.) These Orders were served upon Mr. Morrison at the Yellowstone County Detention Center but were returned as undeliverable on October 16, 2018. (Doc. 7.)

Mr. Morrison was advised in the Court's August 28, 2018 Notice of Case

1

Opening that he must immediately inform the Clerk of Court of any change in his address and a failure to do so could result in dismissal of his case. (Doc. 3 at 2.) Mr. Morrison has not filed a notice of change of address.

> The Local Rules for the District of Montana provide:
> (b)   Dismissal Due to Failure to Notify. The court may dismiss a complaint without prejudice or strike an answer when:
>   (1)   a document directed to the attorney or self-represented party by the court has been returned to the court as not deliverable; and
>   (2)   the court fails to receive within 60 days of this return a written communication from the attorney or self-represented party indicating a current address for service.

L.R. 5.2(b).

Accordingly, IT IS HEREBY ORDERED that within 60 days of the date of this Order Mr. Morrison shall notify the Court of his current address for service. Should he fail to do so this matter will be recommended for dismissal.

The Clerk of Court is directed to serve a copy of this Order upon Mr. Morrison at the address listed in the docket and at the two addresses listed on the Complaint (Doc. 2 at 4).

DATED this 16th day of October, 2018.

                                                /s/ Timothy J. Cavan
                                                Timothy J. Cavan
                                                United States Magistrate Judge