IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| JAMES MORRISON,<br><br>               Plaintiff,<br><br>vs.<br><br>DONAVAN WIND, CINDY<br>LONGJAW-MOORE, BIA ROCKY<br>MOUNTAIN REGIONAL<br>DIRECTOR, and JOHN AND JANE<br>DOES,<br><br>               Defendants. | CV 18-132-BLG-SPW<br><br><br>ORDER ADOPTING<br>MAGISTRATE'S FINDINGS<br>AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on July 20, 2021. (Doc. 57). The Magistrate recommended that Plaintiff's claims be dismissed for failure to respond to Defendants' pending motion to dismiss. (Doc. 57 at 1).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).  After reviewing the Findings and Recommendation, this

Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered

by the United States Magistrate Judge (Doc. 57) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this matter is DISMISSED pursuant to

Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to close this matter and enter judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk of Court is

further directed to have the docket reflect that the Court certifies pursuant to Rule

24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this

decision would not be taken in good faith.


DATED this __9th__ day of August, 2021.


_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge